FILED

2025 Sep-10  PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **KELLY WARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>INFORMATION</u>

The United States Attorney charges that:

## <u>INTRODUCTION</u>

1.      Beginning on or about March 2019, and continuing through in or about May 2021, the Defendant **KELLY WARD** had access to financial accounts belonging to Victim 1, an elderly 'adoptive' family member, for the purpose of assisting Victim 1 with paying bills and making various standard financial transactions.

2.      At all times relevant to this Information, Victim 1 (now deceased) lived in or near St. Clair County in the Northern District of Alabama.

3.      At all times relevant to this Information, **WARD** worked at Southern States Bank in Anniston, Alabama as a Bank Security Act Analyst. **WARD** had previously been employed with Union State Bank as a Bank Security Act officer.

4.    At all times relevant to this Information, both Union State Bank and Southern States Bank were FDIC-insured financial institutions that regularly routed checks through the Federal Reserve system, namely the Federal Reserve Bank of Atlanta.

## COUNT ONE
## Wire Fraud
## [18 U.S.C. § 1343 and 2]

The United States Attorney charges that:

5.    The United States re-alleges and incorporates as if fully set forth herein, Paragraphs 1-3 of the Introduction to this Information.

## NATURE AND PURPOSE OF THE SCHEME AND ARTIFICE

6.    Between in or about March 2019 and in or about May 2021, in St. Clair County, within the Northern District of Alabama, and elsewhere, the defendant

## KELLY WARD

did knowingly and with intent to defraud, devise and intend to devise and attempt to devise a scheme and artifice to defraud Victim 1 of money and property, and to obtain money and funds from Victim 1 by means of materially false and fraudulent pretenses, representations, and promises.

## THE SCHEME AND ARTIFICE

7.      It was part of the scheme and artifice that **WARD** would and did withdraw funds, transfer funds, and/or use funds from Victim 1's Union State Bank Account **5966 without permission and/or authorization from Victim 1.

8.      While Victim 1 did allow some payments to be make to **WARD** or to others for her benefit, **WARD** exceeded this authorization and took additional funds without permission.

9.      It was further a part of the scheme and artifice that **WARD** would and did convert the fraudulent funds to personal use.

## THE WIRE COMMUNICATIONS

10.      On or about January 13, 2021, in St. Clair County within the Northern District of Alabama and elsewhere, the defendant,

### KELLY WARD

for the purpose of executing the above-described scheme and artifice, transmitted and caused to be transmitted and attempted to transmit in interstate commerce, by means of a wire communication, certain signs, signals, and communications, that is, Defendant **WARD** caused Union State Bank check #395 from Victim 1's account in the amount of $1,000.00 to be transmitted by interstate wire communication, into her personal bank account at Southern States Bank.

All in violation of Title 18, United States Code Section 1343 and 2.

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
KRISTEN S. OSBORNE
Assistant United States Attorney